IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

CALVINETTE PETTIEWAY, )
individually, and on behalf of others )
similarly situated, )
      Plaintiff, )
)
v. ) **ORDER OF DISMISSAL**
)
T&C ROBINSON, INC. D/B/A ) Case No. 5:20-cv-00488-BO
ANGELS HOME HEALTH CARE, )
)
      Defendant. )

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, all counterclaims, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

This the _16_ day of December, 2020.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE